IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 24-00196-JB-B |
| CITY OF MOBILE, ALABAMA, *et al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 1st day of August, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE